IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**LEON ALAN BLAIS,**

    **Plaintiff,**

v.                                               Case No. 1:20-cv-21-AW-GRJ

**WILLISTON CROSSING EAST, LLC,**
**et al.,**

    **Defendants.**

_____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION, REMANDING TO STATE COURT, AND AWARDING FEES**

I have considered the magistrate judge's February 28, 2020 Report and Recommendation. ECF No. 21. I have also considered de novo the issues raised in Plaintiff's objections. ECF No. 25. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 21) is adopted and incorporated into this order.

2. Defendants' motion to remand (ECF No. 16) is GRANTED. The clerk will take necessary steps to remand the removed complaint (ECF No. 10) to the Circuit Court for the Eighth Judicial Circuit, in and for Levy County.

3. Defendants' request for fees is GRANTED. The magistrate judge will conduct proceedings to determine an appropriate amount.

1

4. The clerk will *not* close the file. The first amended complaint (ECF No. 7) remains pending.

SO ORDERED on March 29, 2020.

s/ *Allen Winsor*
United States District Judge